UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA, Appellee,

v.  CASE: 8:19-cr-488-CEH-JSS

JUAN CARLOS ACOSTA HURTADO, Appellant.

## NOTICE OF APPEAL

Notice is hereby given that Juan Carlos Acosta Hurtado, Appellant in the above styled case, hereby appeals to the U.S. Circuit Court of Appeal for the Eleventh Circuit, the judgment, order, and sentence of the U.S. District Court, for the Middle District of Florida, Tampa Division, entered on Friday August 6, 2021, by the Honorable Charlene Honeywell, U.S. District Judge.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to the U.S. Attorney's Office, and all electronically connected parties, Via Electronic Filing, on Monday 8/9/21.

Respectfully submitted,

*/s/ Jorge León Chalela*
**JORGE LEÓN CHALELA, Esq.**
**Jorge León Chalela, P.A.**
P.O. Box 173407, Tampa, Florida 33672
Office: (813) 221-5600; Personal Cell: (727) 415-4286
E-Mail: chalelalaw@yahoo.com   FBN: 73245
Attorney for Defendant, Juan Carlos Acosta Hurtado